IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                    ORDER

           Plaintiff,

                                                       07-cr-163-bbc

   v.

JARRETT JAMES,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has filed a motion for newly discovered evidence on his own behalf. Because defendant is represented by counsel, I will not give any consideration to this motion unless his counsel refiles it on his behalf.

      Entered this 30th day of July, 2008.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge